AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT

for the

Northern District of Oklahoma

FILED

OCT 0 6 2025

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

Keniber Ardany Giron Lopez

)
)
)
)
)
)
)
)
)
)

*Petitioner*

v.

CoreCivic Cimarron Correctional Facility
and DEPARTMENT OF HOMELAND SECURITY

*Respondent*
*(name of warden or authorized person having custody of petitioner)*

Case No. 25 CV - 5 3 7 GKF - MTS
*(Supplied by Clerk of Court)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name:   Keniber Ardany Giron Lopez

   (b) Other names you have used:   -none-

2. Place of confinement:

   (a) Name of institution:   CoreCivic Cimarron Correctional Facility

   (b) Address:   3200 S Kings Hwy, Cushing, OK 74023

   (c) Your identification number:   A208 404 234

3. Are you currently being held on orders by:

   ☑ Federal authorities       ☐ State authorities       ☐ Other - explain:

4. Are you currently:

   ☐ A pretrial detainee (waiting for trial on criminal charges)

   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime

   If you are currently serving a sentence, provide:

   (a) Name and location of court that sentenced you:

   (b) Docket number of criminal case:

   (c) Date of sentencing:

   ☑ Being held on an immigration charge

   ☐ Other *(explain)*:

### Decision or Action You Are Challenging

5. What are you challenging in this petition:

   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

Fees paid
Ø Summons

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

❏ Pretrial detention

☑ Immigration detention

❏ Detainer

❏ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory
   maximum or improperly calculated under the sentencing guidelines)

❏ Disciplinary proceedings

❏ Other *(explain)*: _____

_____

6.     Provide more information about the decision or action you are challenging:

    (a)  Name and location of the agency or court:   EOIR- Immigration Court,

   3130 North Oakland Street, Aurora, CO 80010

    (b)  Docket number, case number, or opinion number:   A208 404 234

    (c)  Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:

Denial of Bond (bail)- The Immigration Judge determined that I am an "applicant for admission" and therefore,
the Immigration Court, has no jurisdiction to consider my bond application. This effectively m e a n s my indefinite
detention. Even though I have lived in the USA for 20 years, I have US citizen children, a job, and multiple family
members and friends in the USA

    (d)  Date of the decision or action:   09/17/2025

<div align="center">

**Your Earlier Challenges of the Decision or Action**

</div>

7.    **First appeal**

    Did you appeal the decision, file a grievance, or seek an administrative remedy?

    ❏ Yes          ☑ No

    (a)  If "Yes," provide:

         (1)  Name of the authority, agency, or court: _____

         _____

         (2)  Date of filing: _____

         (3)  Docket number, case number, or opinion number: _____

         (4)  Result: _____

         (5)  Date of result: _____

         (6)  Issues raised: _____

         _____

         _____

         _____

         _____

         _____

    (b)  If you answered "No," explain why you did not appeal:

An appeal to the Board of Immigration Appeals is futile since BIA has recently changed the interpretation of "applicant for admission"
to now apply to me which means I am subject to indefinite mandatory detention. Matter of YAJURE HURTADO, 29 1&N Dec. 216 (BIA
2025)This new decision violates long standing Imiration Court practice a well as the US Constitution and Zaoydas v. Dais 53 U.S. 878

8.    **Second appeal**

    After the first appeal, did you file a second appeal to a higher authority, agency, or court?

    ❏ Yes          ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (a) If "Yes," provide:

        (1) Name of the authority, agency, or court: _____

        _____

        (2) Date of filing: _____

        (3) Docket number, case number, or opinion number: _____

        (4) Result: _____

        (5) Date of result: _____

        (6) Issues raised: _____

        _____

        _____

        _____

        _____

    (b) If you answered "No," explain why you did not file a second appeal: _____

        -NOT APPLICABLE-

9.  **Third appeal**

    After the second appeal, did you file a third appeal to a higher authority, agency, or court?

    ☐ Yes        ☑ No

    (a) If "Yes," provide:

        (1) Name of the authority, agency, or court: _____

        _____

        (2) Date of filing: _____

        (3) Docket number, case number, or opinion number: _____

        (4) Result: _____

        (5) Date of result: _____

        (6) Issues raised: _____

        _____

        _____

        _____

        _____

    (b) If you answered "No," explain why you did not file a third appeal: _____

    -NOT APPLICABLE-

10.  **Motion under 28 U.S.C. § 2255**

    In this petition, are you challenging the validity of your conviction or sentence as imposed?

    ☐ Yes        ☑ No

    If "Yes," answer the following:

    (a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

        ☐ Yes        ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____
_____
_____
_____

(b)  Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes          ☑ No
If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____
_____
_____
_____

(c)  Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____
_____
_____
_____
_____

11.  **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☑ Yes          ☐ No
If "Yes," provide:
(a)  Date you were taken into immigration custody:  09/11/2025
(b)  Date of the removal or reinstatement order:  -none-
(c)  Did you file an appeal with the Board of Immigration Appeals?
☐ Yes          ☑ No

If "Yes," provide:
(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?
❒ Yes ☑ No
If "Yes," provide:
(1) Name of court:
(2) Date of filing:
(3) Case number:
(4) Result:
(5) Date of result:
(6) Issues raised:

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

❒ Yes ☑ No

If "Yes," provide:
(a) Kind of petition, motion, or application:
(b) Name of the authority, agency, or court:
(c) Date of filing:
(d) Docket number, case number, or opinion number:
(e) Result:
(f) Date of result:
(g) Issues raised:

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13.   State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Violation of Clear Congressional Delegation

Both INA § 236(a) and 8 C.F.R. §1236.1(d) explicitly delegate authority to Immigration Judges to "release the alien, and determine the amount of bond, if any". By refusing to exercise jurisdiction, the Immigration Judge's ruling is in direct contradiction to the statute and violates basic principles of statutory interpretation.

(a)  Supporting facts *(Be brief. Do not cite cases or law.)*:

The Immigration Judge determined that I am an "applicant for admission" and therefore, the Immigration Court, has no jurisdiction to consider my bond application. This effectively means that the Immigration Judge will not even consider my bond application and I will be detained indefinitely.

(b)  Did you present Ground One in all appeals that were available to you?

☐ Yes                 ☑ No

**GROUND TWO:** Failure to Apply Constitutional Avoidance

The Immigration Judge and the BIA have failed to choose an interpretation that avoids serious constitutional problems. In Zadvydas v. Davis, the Supreme Court applied this principle to avoid indefinite detention by reading implicit time limits into detention statutes

(a)  Supporting facts *(Be brief. Do not cite cases or law.)*:

The Immigration Judge refuses to exercise jurisdiction and has followed an erroneous BIA decision to the effect that I should be considered an "applicant for admission" and therefore, the Immigration Court, has no jurisdiction to consider my bond application This effectively means my indefinite detention even though I have lived in the USA for 20 years

(b)  Did you present Ground Two in all appeals that were available to you?

☐ Yes                 ☑ No

**GROUND THREE:** Creation of Indefinite Detention Without Due Process

The judge's ruling means I will be permanently detained without hearings

(a)  Supporting facts *(Be brief. Do not cite cases or law.)*:

• I lived in the U.S. peacefully for 20+ years
• My wife and 3 children are all US citizens, one of whom has health issues and the other have special education needs.  My wife filed an immigrant petition on my behalf
• I have a job, and am the sole breadwinner in our home
• I have strong community ties

(b)  Did you present Ground Three in all appeals that were available to you?

☐ Yes                 ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
❒ Yes          ❒ No

14.  If there are any grounds that you did not present in all appeals that were available to you, explain why you did
not:

## Request for Relief

15.  State exactly what you want the court to do:

Please release me on reasonable terms so that I can effectively continue to pursue my Immigration applications

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date:  09/17/25

_Signature of Petitioner_

_Signature of Attorney or other authorized person, if any_

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments.

Postmark 9/29/2025

25 CV - 5 3 7 GKF - MTS

 **UNITED STATES POSTAL SERVICE**® **Click-N-Ship**®

P

usps.com
$8.40
US POSTAGE

9405 5301 0935 5217 6010 97 0084 0000 0107 4103

**U.S. POSTAGE PAID**
Click-N-Ship®



09/29/2025    Mailed from 11581   5415989899779536

## PRIORITY MAIL®

KELMAN LAW GROUP PC
LORNE KELMAN
70 E SUNRISE HWY STE 500
VALLEY STREAM NY 11581-1233

Flat Rate Envelope
**RDC 03**

**C007**



NORTHERN DIST OKLAHOMA
US DISTRICT COURT
STE 411
333 W 4TH ST
TULSA OK 74103-3819

**USPS TRACKING #**



**9405 5301 0935 5217 6010 97**



PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL


how2recycle.info
PAPER POUCH


FSC
MIX

how2recycle.info
PAPER POUCH

■ Expected delivery
■ Domestic shipmen
■ USPS Tracking® se
■ Limited internation
■ When used interna

*Insurance does not cover
Domestic Mail Manual at /
** See International Mail M

UNI
POS

**FLAT RAT**
ONE RATE ■ ANY

**TRACKED**


EP14F October 2023
OD: 12 1/2 x 9 1/2
PS00000100014

This package is made from post-consumer waste. Please recycle - again.